UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14072-RLR

JAMES ANTWAN HASLOM,

    Petitioner,

v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF
TIME AND ADOPTING REPORT OF MAGISTRATE JUDGE**

    This matter is before the Court upon Petitioner James Antwan Haslom's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus. DE 1. The Respondent filed a Response opposing the Petition [DE 10] and supporting appendices [DE 11-12], and the Petitioner filed a Reply [DE 15]. The Court referred this case to Magistrate Judge Lisette M. Reid for a report and recommendation on all dispositive matters. DE 2.

    Judge Reid issued a Report of Magistrate Judge in which she recommended that Petitioner's Petition be denied. DE 20. The Petitioner filed a Motion for Extension of Time to File Objections [DE 22], as well as Objections to the Report of Magistrate Judge [DE 21]. Petitioner's Motion for Extension of Time to File Objections is **GRANTED**.

    The Court has reviewed the Report of Magistrate Judge, Petitioner's Objections, and the entire record, and is otherwise fully advised in the premises. The Court agrees with the Report of Magistrate Judge and finds Judge Reid's recommendations to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion for Extension of Time to File Objections [DE 22] is **GRANTED**.

2. Petitioner's Objections [DE 21] are **OVERRULED**.

3. Magistrate Judge Reid's Report of Magistrate Judge [DE 20] is **ADOPTED** as the Order of the Court.

4. Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus [DE 1] is **DENIED**.

5. A Certificate of Appealability **SHALL NOT ISSUE**.

6. The Clerk of the Court is instructed to **CLOSE THIS CASE**. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of October, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record